```
McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )
                              )
         Plaintiff            )   CR.S-02-130 FCD
                              )
    v.                        )   RULE 35 MOTION
                              )
VANCE KING WHITE,             )
                              )
         Defendant.           )
_____)
```

    The United States of America by and through the undersigned Assistant United States Attorney hereby moves this court pursuant to Rule 35 of the Federal Rules of Criminal Procedure for a reduction in sentence for the above entitled defendant.

    Mr. White has already served the incarceration component of the sentence he received from this Court. He is now approximately halfway through his period of supervised release. Last year Mr. White testified for the government in a trial in this District. Mr. White's testimony, I believe, was very credible. He made himself available at all times when we requested him to work on his preparation and did whatever was requested of him to try to assist

1  the government in its prosecution.  Based on Mr. White's cooperation
2  the government believes he deserves additional credit.  Accordingly
3  the government requests that the Court reduce the defendant's period
4  of supervised release by one year.  We believe that this reduction
5  will adequately reward the defendant for his cooperation while
6  reflecting the seriousness of the offense in which he was involved.

                                         Respectfully submitted,

DATED:  May 12, 2005                     McGREGOR W. SCOTT
                                         United States Attorney


                                         By: /s/ Daniel S. Linhardt
                                         DANIEL S. LINHARDT
                                         Assistant U.S. Attorney

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on May 4, 2005, she served a copy of **GOVERNMENT'S RULE 35 MOTION** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Dennis Waks, Esq.
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814


                                /s/ Virginia Waldrop
                                Virginia Waldrop

1  McGREGOR W. SCOTT
   United States Attorney
2  DANIEL S. LINHARDT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2770

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,    )
12                              )
              Plaintiff         )   CR.S-02-130 FCD
13                              )
        v.                      )   PROPOSED ORDER
14                              )
   VANCE KING WHITE,            )
15                              )
              Defendant.        )
16 _____)

17

18      This matter having come before the Court on a motion by the

19 United States for reduction of sentence for the above entitled

20 defendant pursuant to Rule 35 of the Federal Rules of Criminal

21 Procedure, and good cause having been shown therein the motion of

22 the government is hereby granted, and it is ORDERED that the period

23 of supervised release for DENNIS WHITE is hereby reduced by one

24 year.  All other conditions of supervised and the prior order of

25 restitution remain unchanged.

26

27 Dated: May 12, 2005            /s/ Frank C. Damrell Jr.
                                  HONORABLE FRANK C. DAMRELL JR.
28                                U.S. DISTRICT COURT JUDGE